JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 2:23-cv-05327-MCS-MAR |
|---|---|
| Plaintiff, | **[PROPOSED]** ORDER |
| vs. | |
| AMAZING INVESTMENT LLC, | |
| Defendant. | |

Pursuant to the stipulation of the parties,

IT IS ORDERED that this case is dismissed with prejudice. Each party shall bear her/its own attorney fees, costs and expenses.

DATED this 7th day of December, 2023.

_Mark C. Scarsi_
Judge of the U.S. District Court